**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 21-6620**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

NIGUAL O'KEITH BROWN, JR.,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, Chief District Judge. (1:12-cr-00344-TDS-1)

─────────────

Submitted: September 14, 2021            Decided: September 20, 2021

─────────────

Before THACKER and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Nigual O'Keith Brown, Jr., Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nigual O'Keith Brown, Jr., appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) and denying his motion for appointment of counsel. We have reviewed the record and find no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown*, No. 1:12-cr-00344-TDS-1 (M.D.N.C. Apr. 9, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*